UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DALTON JOSEPH LEMELLE, JR. AND PATTIE J. LEMELLE | CIVIL ACTION NO. 6:21-cv-04377 |
| VERSUS | JUDGE SUMMERHAYS |
| BASILE CARE CENTER, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Basile Care Center, Inc.'s motion for summary judgment (Rec. Docs. 8, 17) is granted, and the plaintiffs' claims against Basile Care Center, Inc. are dismissed without prejudice as premature, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 4th day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE